IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SONIA SALAZAR,

    Plaintiff,

v.                                                                                                                    CV No. 20-1225 GJF/CG

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Defendant.

### ORDER EXTENDING DEFENDANT'S TIME TO ANSWER

**THIS MATTER** is before the Court on *Defendant's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint* (the "Motion"), (Doc. 4), filed November 24, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant's response to Plaintiff's Complaint is due December 21, 2020.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE